UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
ex rel. EUGENE J. GUGLIELMO,

    Plaintiff,

  v.

LEIDOS, INC., et al.,

    Defendants.

Civil Action No. 19-1576 (EGS)

## ORDER

UPON CONSIDERATION of the United States' notice of intervention and dismissal, ECF No. 21, and the entire record herein, it is hereby

ORDERED that this action is DISMISSED WITHOUT PREJUDICE as to the United States and DISMISSED WITH PREJUDICE as to Relator under Federal Rule of Civil Procedure 41(a)(1), *see United States ex rel. Polansky v. Executive Health Resources, Inc.*, 599 U.S. 419, 435-46 & n.4 (2023) (explaining that Rule 41(a)(1) applies to the government's motion to dismiss a False Claims Act case before an answer or motion for summary judgment have been served);

ORDERED that the Clerk of the Court shall UNSEAL the Complaint in this action, the United States' notice of intervention and dismissal, and this Order;

ORDERED all other papers or Orders on file in this matter shall remain under seal; and

ORDERED that the seal over this action shall be lifted on all matters occurring in this action after the date of this Order.

February 20, 2024
_____
Date

*Tanya S. Chutkan*
_____
Tanya S. Chutkan
United States District Judge